No. 653. CLEVELAND TRUST CO. ET AL. *v.* SCHRIBER-SCHROTH CO.;

No. 654. SAME *v.* ABERDEEN MOTOR SUPPLY COMPANY; and

No. 655. SAME *v.* F. E. ROWE SALES CO. March 25, 1940. The motion to consider the petition for writs of certiorari on a reduced number of copies of the record is granted. The petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit is denied. MR. JUSTICE ROBERTS took no part in the consideration and decision of these applications. *Messrs. Arthur C. Denison, F. O. Richey, Wm. C. McCoy,* and *Milton Tibbetts* for petitioners. *Messrs. John H. Bruninga* and *John H. Sutherland* for respondents.

No. 718. AMERICAN CASUALTY CO. *v.* WINDHAM ET AL. March 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration and decision of this application. *Mr. T. Baldwin Martin* for petitioner.